## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

THE BANK OF NEW YORK MELLON CORPORATION,

      Respondent

    v.

LISA G. COLTON A/K/A LISA COLTON,

      Petitioner

: No. 370 EAL 2018
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 29th day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.